# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFREY PESARIK<br>    Plaintiff,<br><br>v.<br><br>GLYNDA ROSENTHAL,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:08cv97 |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 29, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Request to Enter a Default Judgment and Motion for Default Judgment (Dkt. 16) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's Request to Enter a Default Judgment and Motion for Default Judgment (Dkt. 16) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 26th day of September, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE